UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALAN DEEB, ON BEHALF OF HIMSELF
AND THOSE SIMILARLY SITUATED,

Case No. 6:08CV462-Orl-19-KRS

Plaintiff(s),

v.

CENTER CITY HAULING & EXAVATING, INC.,
A FLORIDA CORPORATION,
AND REV TECH ENTERPRISES, INC.,
A FLORIDA CORPORATION,

Defendant(s).
_____/

## CERTIFICATE OF FILING VERIFIED SUMMARY AND SERVING OF PAY RECORDS

**I HEREBY CERTIFY** that the attached verified summary, along with a copy of the foregoing, was electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a copy of the payroll records relating to such verified summary was sent to Ryan Morgan, P.O. Box 4979, Orlando, FL 32802 on this 29th day of May 2008 via U.S. Mail.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 29th day of May 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following: N/A.

/s/ Debi V. Rumph
Debi V. Rumph
Florida Bar Number: 0170320
The Law Offices of Debi V. Rumph
P.O. Box 54-1593
Orlando, FL 32854
(407) 294-9959 (ph)
(407) 294-8484 (fax)
Attorney for the defendant
residentiallawyer@hotmail.com

## VERIFIED SUMMARY FOR ALAN DEEB

| Week Ending | Total Number of Hours Worked | Contracted to Work by Hour? | # of Hours Worked for Hourly Load | Contracted to Work by Load? | Total Truck Payment | Payment to Driver | Overtime Payment |
|---|---|---|---|---|---|---|---|
| January 21, 2006 | Unknown | Yes | 6 | Yes | $2,018.59 | $504.50 | No |
| February 3, 2006 | Unknown | Yes | 46.5 | Yes | $2,352.00 | $588.00 | No |
| February 10, 2006 | Unknown | Yes | 35.5 | Yes | $1,864.00 | $466.00 | No |
| February 18, 2006 | Unknown | Yes | 10.25 | Yes | $2,260.00 | $565.00 | No |
| February 25, 2006 | Unknown | Yes | 42.25 | Yes | $2,088.00 | $522.00 | No |
| March 4, 2006 | Unknown | Yes | 15.25 | Yes | $1,866.00 | $466.50 | No |
| March 11, 2006 | Unknown | Yes | 37.75 | Yes | $2,292.00 | $573.00 | No |
| April 1, 2006 | Unknown | Yes | 36.5 | Yes | $1,932.00 | $483.00 | No |
| April 22, 2006 | Unknown | Yes | 13.5 | No | $648.00 | $162.00 | No |
| May 6, 2006 | Unknown | Yes | 45.5 | No | $2,424.00 | $606.00 | No |
| May 13, 2006 | Unknown | Yes | 59.5 | Yes | $3,236.00 | $809.00 | No |
| May 20, 2006 | Unknown | Yes | 49.75 | No | $2,388.00 | $597.00 | No |
| May 27, 2006 | Unknown | Yes | 49.5 | Yes | $3,091.00 | $772.75 | No |
| June 3, 2006 | Unknown | Yes | 55 | No | $2,640.00 | $660.00 | No |
| June 10, 2006 | Unknown | Yes | 57 | Yes | $3,216.84 | $804.23 | No |
| June 17, 2006 | Unknown | Yes | 28.75 | Yes | $1,580.00 | $395.00 | No |
| June 24, 2006 | Unknown | Yes | 17.25 | Yes | $4,834.87 | $1,209.39 | No |
| July 15, 2006 | Unknown | Yes | 59.25 | Yes | $3,533.18 | $883.30 | No |
| July 22, 2006 | Unknown | Yes | 56 | Yes | $2,768.00 | $692.00 | No |
| July 29, 2006 | Unknown | Yes | 53.5 | Yes | $3,338.00 | $834.50 | No |
| August 5, 2006 | Unknown | Yes | 7 | No | $336.00 | $84.00 | No |
| August 12, 2006 | Unknown | Yes | 44.75 | Yes | $2,208.00 | $552.00 | No |
| August 19, 2006 | Unknown | Yes | 57 | Yes | $2,816.00 | $704.00 | No |
| August 26, 2006 | Unknown | Yes | 57.25 | Yes | $2,828.00 | $707.00 | No |
| September 2, 2006 | Unknown | Yes | 26.25 | No | $1,260.00 | $315.00 | No |
| September 9, 2006 | Unknown | Yes | 13.75 | Yes | $960.00 | $240.00 | No |
| September 16, 2006 | Unknown | Yes | 21.5 | Yes | $1,670.00 | $417.50 | No |
| September 23, 2006 | Unknown | Yes | 64.5 | Yes | $3,416.00 | $854.00 | No |
| September 30, 2006 | Unknown | Yes | 25.25 | Yes | $1,742.00 | $435.50 | No |
| October 14, 2006 | Unknown | Yes | 36.5 | No | $1,752.00 | $438.00 | No |
| October 21, 2006 | Unknown | Yes | 31.75 | No | $1,524.00 | $381.00 | No |
| October 28, 2006 | Unknown | Yes | 30 | Yes | $1,825.52 | $456.38 | No |
| November 4, 2006 | Unknown | Yes | 13.5 | Yes | $2,208.00 | $552.00 | No |
| December 2, 2006 | Unknown | Yes | 17.5 | Yes | $2,200.25 | $550.25 | No |
| December 9, 2006 | Unknown | Yes | 4.5 | Yes | $1,755.35 | $438.83 | No |
| December 16, 2006 | Unknown | Yes | 46.5 | No | $2,232.00 | $558.00 | No |
| January 6, 2007 | Unknown | Yes | 32.25 | Yes | $1,788.00 | $447.00 | No |
| January 13, 2007 | Unknown | Yes | 19.5 | Yes | $1,732.00 | $433.00 | No |
| January 20, 2007 | Unknown | Yes | 63 | Yes | $3,184.00 | $796.00 | No |
| January 27, 2007 | Unknown | Yes | 24.5 | Yes | $1,881.00 | $470.25 | No |
| February 10, 2007 | Unknown | Yes | 29 | Yes | $2,307.00 | $576.50 | No |
| February 17, 2007 | Unknown | Yes | 28.5 | Yes | $2,094.00 | $523.50 | No |
| February 24, 2007 | Unknown | Yes | 31.5 | Yes | $2,737.00 | $684.25 | No |
| March 3, 2007 | Unknown | Yes | 29 | Yes | $2,000.00 | $500.00 | No |
| March 17, 2007 | Unknown | Yes | 35.25 | Yes | $2,432.00 | $608.00 | No |
| April 7, 2007 | Unknown | Yes | 42 | Yes | $2,076.00 | $519.00 | No |
| April 14, 2007 | Unknown | No | 0 | Yes | $495.00 | $123.75 | No |

| Week Ending | Total Number of Hours Worked | Contracted to Work by Hour? | # of Hours Worked for Hourly Load | Contracted to Work by Load? | Total Truck Payment | Payment to Driver | Overtime Payment |
|---|---|---|---|---|---|---|---|
| April 21, 2007 | Unknown | Yes | 25.5 | Yes | $1,704.00 | $426.00 | No |
| April 28, 2007 | Unknown | Yes | 48.5 | Yes | $2,728.00 | $682.00 | No |
| May 5, 2007 | Unknown | Yes | 27.75 | Yes | $2,526.00 | $631.50 | No |
| May 19, 2007 | Unknown | Yes | 8.25 | Yes | $1,166.00 | $291.50 | No |
| May 19, 2007 | Unknown | Yes | 18.75 | Yes | $2,855.00 | $713.75 | No |
| May 26, 2007 | Unknown | Yes | 28.5 | Yes | $3,298.00 | $824.50 | No |
| June 2, 2007 | Unknown | Yes | 42.75 | Yes | $2,767.00 | $691.75 | No |
| June 9, 2007 | Unknown | Yes | 49.75 | Yes | $2,763.00 | $690.75 | No |
| June 23, 2007 | Unknown | Yes | 50.25 | Yes | $2,948.00 | $737.00 | No |
| July 28, 2007 | Unknown | Yes | 24.5 | Yes | $1,516.00 | $379.00 | No |
| August 4, 2007 | Unknown | Yes | 7 | Yes | $1,612.00 | $403.00 | No |
| August 11, 2007 | Unknown | Yes | 54.5 | No | $2,616.00 | $654.00 | No |
| August 18, 2007 | Unknown | Yes | 41 | Yes | $2,218.00 | $554.50 | No |
| August 25, 2007 | Unknown | Yes | 65.5 | Yes | $3,294.00 | $823.50 | No |
| September 29, 2007 | Unknown | No | 0 | Yes | $1,280.00 | $320.00 | No |
| October 6, 2007 | Unknown | Yes | 8 | Yes | $1,044.00 | $261.00 | No |
| October 13, 2007 | Unknown | Yes | 32 | Yes | $2,610.00 | $652.50 | No |
| October 20, 2007 | Unknown | Yes | 26 | Yes | $1,397.13 | $343.50 | No |
| October 27, 2007 | Unknown | Yes | 26.5 | Yes | $2,078.00 | $519.50 | No |
| November 3, 2007 | Unknown | Yes | 12 | Yes | $1,398.00 | $349.50 | No |
| November 10, 2007 | Unknown | Yes | 33.5 | Yes | $1,848.00 | $462.00 | No |
| November 17, 2007 | Unknown | Yes | 27 | Yes | $1,616.00 | $404.00 | No |
| November 24, 2007 | Unknown | Yes | 21.75 | Yes | $1,704.00 | $426.00 | No |
| December 1, 2007 | Unknown | Yes | 14.5 | Yes | $2,006.00 | $501.50 | No |
| December 8, 2007 | Unknown | Yes | 21.75 | Yes | $1,991.00 | $497.75 | No |
| December 15, 2007 | Unknown | Yes | 29 | Yes | $2,072.00 | $518.00 | No |
| December 22, 2007 | Unknown | Yes | 27.5 | Yes | $2,100.00 | $525.00 | No |

Dated this 29 day of May 2008.

*(signature)*
Ganga Maharaj
390 North Hudson Street
Orlando, FL 32835